UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LESLIE MANNING, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>M. STAINER, et al.,<br><br>    Defendant. | 1:16-cv-00551-MJS (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

Plaintiff is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. It appears that Plaintiff is civilly detained pursuant to California Penal Code § 2960 et seq., which requires that certain offenders receive treatment from the Department of State Hospitals as a condition of parole. As a parolee and civil detainee, Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. See Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000); LaFontant v. INS, 135 F.3d 158, 165 (1998). However, Plaintiff has submitted an application to proceed in forma pauperis as a prisoner.

As Plaintiff has not submitted an application to proceed in forma pauperis on the appropriate form nor paid the $400.00 filing fee, IT IS HEREBY ORDERED that:

1.   The Clerk's Office shall send to plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

2.   Within thirty days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**,

1

or in the alternative, pay the $400.00 filing fee for this action; and

    3.    **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   April 22, 2016            /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE